UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RUSSELL YEAGER, | ) | 3:11-CV-0515-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 26, 2012 |
| | ) | |
| ALVAREZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion for enlargement of time (#14) is **GRANTED**. Defendants shall have to and including **Wednesday, February 8, 2012** to file an opposition to plaintiff's motions for class certification, appointment of counsel, and for preliminary injunction (#s 12 & 13).

Plaintiff's motion for decision on application to proceed *in forma pauperis* (#11) is **DENIED as moot.** The court granted plaintiff's application to proceed *in forma pauperis* on December 28, 2011 (#10).

Plaintiff's request for leave to complete plaintiff's motion for preliminary injunction (#15) is **GRANTED**. By this motion, plaintiff corrects two mistakes and adds exhibits to his motion for preliminary injunction (#13). By this order, defendants have been granted an additional month to respond to the motion, so defendants are not prejudiced by the granting of this motion.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk