# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RUSSELL YEAGER, | ) | 3:11-CV-0515-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 9, 2012 |
| ALVAREZ, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On February 10, 2012, the Office of the Attorney General accepted service on behalf of all defendants in this action (#22). Defendants timely filed an answer (#31) at the conclusion of the ninety-day stay in this matter pursuant to orders (#s 6, 7, & 10). Therefore, plaintiff's motion requesting issuance of summons (#18) and request for entry of default (#25) are **DENIED as moot**.

Plaintiff's request for disposition of motions (#18) is **DENIED**. The court has taken plaintiff's motion for preliminary injunction (#13) under submission and will issue a ruling in due course.

Plaintiff's Local Rule 16-1(b) motion (#39) is **DENIED as moot.** This court issued a scheduling order on February 29, 2012 (#37).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
         Deputy Clerk