# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RUSSELL YEAGER, | ) | 3:11-CV-0515-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 27, 2012 |
| ALVAREZ, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion for leave to take deposition of incarcerated plaintiff (#55) is **GRANTED**. The deposition shall be conducted either in person at plaintiff's place of confinement or telephonically and shall be scheduled at a time that is conducive to prison security. Following the depositions, defendants shall provide a copy of the deposition transcript to the plaintiff.

**IT IS SO ORDERED.**

                                                    LANCE S. WILSON, CLERK

                                        By:            /s/
                                                    Deputy Clerk