# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RUSSELL YEAGER, | ) | 3:11-CV-0515-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 7, 2012 |
| | ) | |
| ALVAREZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for reconsideration (#49) is **DENIED**.  The court's orders #42 and #43 shall remain in full force and effect.

Plaintiff's motion for joinder of claims and parties (#50) is **DENIED**.  The court will not join other plaintiffs into this action.  Therefore, plaintiff's request for an order permitting correspondence between inmates is **DENIED as moot**.

Defendants' motion for extension of discovery (#58) is **GRANTED**.  The last date to complete discovery shall be **Tuesday, June 12, 2012.** Dispositive motions are due **Thursday, July 12, 2012**.  The joint pretrial order shall be filed no later than **Monday, August 13, 2012**, or 30 days after the decision of any pending dispositive motions.  **No further extensions of discovery shall be granted**.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:            /s/
                Deputy Clerk