UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| RUSSELL YEAGER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00515-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| ALVAREZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

     Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#62[1]) entered on May 10, 2012, recommending denying Plaintiff's Motion for Preliminary Injunction (#13) filed on December 28, 2011.  Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#63) on May 29, 2012.  Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#65) on June 6, 2012.  This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice of the United States District Court for the District of Nevada.

     The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of the Defendants, the pleadings and memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court

---

[1] Refers to court's docket number.

determines that the Magistrate Judge's Report and Recommendation (#62) entered on May 10, 2012, should be adopted and accepted.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#62) entered on May 10, 2012, is adopted and accepted, and Plaintiff's Motion for Preliminary Injunction (#13) is DENIED.

    IT IS SO ORDERED.

    DATED this 29th day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE