CATHERINE CORTEZ MASTO
Attorney General
MICHELINE N. FAIRBANK
Deputy Attorney General
Nevada Bar No. 8062
Bureau of Litigation
100 No. Carson St.
Carson City, NV 89701-4717
Tel: 775-684-1196

*Attorneys for Defendants
Sean Alvarez, James Cox, Richard Garcia,
Rudy Garcia and Don Helling*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 7 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL YEAGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALVAREZ, et al.<br><br>　　　　Defendants. | Case No. 3:11-cv-00515-LRH-VPC<br><br>**REQUEST TO RESET SETTLEMENT CONFERENCE** |

Defendants James Cox, Richard Garcia and Don Helling, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Micheline N. Fairbank, Deputy Attorney General, hereby request that the Settlement Conference, currently set for August 7, 2012, be moved to September 25, 2012 due to Defendants' unavailability on August 7, 2012.

DATED this 25th day of July, 2012.

CATHERINE CORTEZ MASTO
Attorney General

By: /s/ Micheline N. Fairbank
MICHELINE N. FAIRBANK
Deputy Attorney General
Bureau of Litigation

*Attorneys for Defendants*

IT IS SO ORDERED

/s/ Valerie P. Cooke
U.S. MAGISTRATE JUDGE

DATED: July 27, 2012

1

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 25th day of July, 2012 I have caused a copy of the foregoing **REQUEST TO RESET SETTLEMENT CONFERENCE** to be served, by mailing a true copy to:

RUSSELL YEAGER #14680
HIGH DESERT STATE PRISON
PO BOX 650
INDIAN SPRINGS NV  89070

*/s/ Jill L Nelse*