1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF NEVADA
8                                * * * * *
9  RUSSELL YEAGER,                        )
                                          )
10         Plaintiff,                     )    3:11-cv-00515-LRH-VPC
                                          )
11  v.                                    )
                                          )    O R D E R
12  ALVAREZ, et al.,                      )
                                          )
13         Defendants.                    )
    _____)
14

15     Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P.
16 Cooke (#64[1]) entered on May 30, 2012, recommending denying Plaintiff's Motion for a Temporary
17 Restraining Order and/or Preliminary Injunction (#41), filed on March 7, 2012.  No objection to the
18 Report and Recommendation has been filed.  The action was referred to the Magistrate Judge pursuant
19 to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District
20 Court for the District of Nevada.
21     The Court has conducted its *de novo* review in this case, has fully considered the pleadings and
22 memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)
23 and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation
24 (#64) filed on May 30, 2012, should be adopted and accepted.
25  _____
26        [1]Refers to court's docket number.

1     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#64) filed on May 30, 2012, is adopted and accepted, and Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (#41) is DENIED.

    IT IS FURTHER ORDERED that Plaintiff's related requests for injunctive relief (##45, 47, 56) are DENIED.

    IT IS SO ORDERED.

    DATED this 27th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE