UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RUSSELL YEAGER,           )<br>                              )<br>        Plaintiff,          )<br>                              )<br>v.                            )<br>                              )<br>ALVAREZ, *et al.*,           )<br>                              )<br>        Defendants.         )<br>_____)  | 3:11-cv-00515-LRH-VPC<br><br>O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#64[1]) entered on May 30, 2012, recommending denying Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (#41), filed on March 7, 2012. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#64) filed on May 30, 2012, should be adopted and accepted.

---

[1]Refers to court's docket number.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#64) filed on May 30, 2012, is adopted and accepted, and Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (#41) is DENIED.

    IT IS FURTHER ORDERED that Plaintiff's related requests for injunctive relief (##45, 47, 56) are DENIED.

    IT IS SO ORDERED.

    DATED this 27th day of July, 2012.

_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE